IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACKIE McLEOD, #116274-A, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 1:12cv772-TMH |
| TONY PATTERSON, *et al.*, | ) ) ) |
| Respondents. | ) ) |

**OPINION and ORDER**

On October 4, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that the petition for habeas corpus relief be and is hereby DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A) as McLeod has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing a federal district court to consider his successive habeas application.

Done this the 2nd day of November 2012.

      /s/ Truman M. Hobbs
      TRUMAN M. HOBBS
      SENIOR UNITED STATES DISTRICT JUDGE